COURT OF APPEALS
EIGHTH DISTRICT OF TEXAS
EL PASO, TEXAS



|  | § |  |
|---|---|---|
| Mary Elisa Wise, | § | No. 08-16-00202-CR |
| Appellant, | § | Appeal from the |
| v. | § | |
| | § | 264th District Court |
| The State of Texas, | § | of Bell County, Texas |
| State. | § | |
| | § | (TC# 69640) |

## **O R D E R**

Appellant has filed a *pro se* notice of appeal.   The trial court's certification states that Appellant waived the right to appeal.   *See* TEX.R.APP.P. 25.2(d).   A court of appeals should review the appellate record to determine whether the certification is accurate.   *See Dears v. State*, 154 S.W.3d 610 (Tex.Crim.App. 2005).   The Bell County District Clerk has provided the Court with several documents, including the judgment adjudicating guilt, but none of the documents show that Appellant affirmatively waived her right to appeal.   We have determined that it will be necessary to review the clerk's record and the reporter's record of the adjudication hearing to confirm whether Appellant waived her right to appeal.   It is therefore ordered that the District Clerk prepare a clerk's record containing the documents set forth in TEX.R.APP.P. 34.5(a).   Any documents showing Appellant waived her right to appeal should also be included

in the clerk's record. The court reporter is ordered to prepare the reporter's record of the adjudication hearing conducted in the above-styled and numbered cause. The Record shall be filed with this Court on or before **October 26, 2016.**

IT IS SO ORDERED this 26th day of September, 2016.


PER CURIAM

Before McClure, C.J., Rodriguez and Hughes, JJ.